239 So.2d 541

**Otis W. JOSLYN and Consolidated Advertisers, Inc.**

**v.**

**Douglas L. MANSHIP and Louisiana Television Broadcasting Corporation.**

**No. 50850.**

Oct. 7, 1970.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

239 So.2d 541

**N. D. McCANN d/b/a One Stop Auto Repair**

**v.**

**Pearl GEORGE.**

**No. 50853.**

Oct. 7, 1970.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

SUMMERS, J., is of the opinion the writ should be granted.